IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | |
| | ) | |
| Petitioner, | ) | 8:17CV317 |
| | ) | |
| v. | ) | |
| | ) | |
| JUDGE RETELSDORF, SEAN | ) | ORDER |
| LYNCH, Douglas County Attorney | ) | |
| Office, MARK FOXHALL, Douglas | ) | |
| County Department of Corrections, | ) | |
| C.E.O., and KLAUS HARTMANN, | ) | |
| Lincoln Regional Center, M.D., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS ORDERED that:

(1)     Petitioner's motion for immediate release (filing no. 15) is denied.

(2)     Petitioner's motion for temporary restraining order (filing no. 16) is denied without prejudice.[1]

DATED this 18th day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1]For Petitioner's information, the court has requested from the institution and is awaiting the prisoner's trust account statement. Once the trust account statement is received, the court will rule upon the application to proceed in forma pauperis. If the application to proceed in forma pauperis is granted, the court will conduct an initial review of the petition. If, on the other hand, the court determines that Petitioner is not entitled to proceed in forma pauperis, Petitioner will be afforded the opportunity to pay the $5.00 fee.