IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BILLIE JOE CHAPMAN, | ) | |
|---|---|---|
| Petitioner, | ) | 8:17CV317 |
| v. | ) | |
| JUDGE RETELSDORF, SEAN LYNCH, Douglas County Attorney Office, MARK FOXHALL, Douglas County Department of Corrections, C.E.O., and KLAUS HARTMANN, Lincoln Regional Center, M.D., | ) | ORDER |
| Respondents. | ) | |

IT IS ORDERED that Petitioner's motions for reconsideration (filing nos. 35 and 36) are denied.

DATED this 10th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge