IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | |
| | ) | |
| Petitioner, | ) | 8:17CV317 |
| | ) | |
| v. | ) | |
| | ) | |
| JUDGE RETELSDORF, SEAN | ) | ORDER |
| LYNCH, Douglas County Attorney | ) | |
| Office, MARK FOXHALL, Douglas | ) | |
| County Department of Corrections, | ) | |
| C.E.O., and KLAUS HARTMANN, | ) | |
| Lincoln Regional Center, M.D., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS ORDERED that Petitioner's Motion for Reconsideration (filing no. 38) is denied.

DATED this 16th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge